UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MILLER,<br><br>           Plaintiff,<br><br>      vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. 3:23-cv-04628-EMC<br><br>(Honorable Judge Edward M. Chen)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  9/10/23 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 9, 2024

Hon. Judge Edward M. Chen
United States District Judge

# CERTIFICATE OF SERVICE

*Gregory Miller v. Metropolitan Life Insurance*

Case No. 3:23-cv-04628-EMC

**COUNTY OF LOS ANGELES, STATE OF CALIFORNIA**

    I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions. My business address is Two Embarcadero Center, Suite 1450, San Francisco, CA 94111.

    On **February 9, 2024**, I served the document(s) entitled, **ORDER DISMISSING ACTION WITH PREJUDICE**, on the interested parties in this action as stated below:

Attorney for Plaintiff

Scott D. Kalkin, Esq.
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 820
San Francisco, CA 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Email:
robokalk@earthlink.net

☒ **(BY CM/ECF ELECTRONIC SERVICE)**: The interested party(ies) set forth below are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of filing.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **February 9, 2024** at Los Angeles, California.

_Yolanda Nesbitt_

———————————————
Yolanda Nesbitt